Lewis C. GRANT, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 90748.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 16, 2008.

Lisa M. Stroup, Saint Louis, MO, for Movant/Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for Respondent/Respondent.

Before ROBERT G. DOWD, JR., P.J., CLIFFORD H. AHRENS, J. and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Lewis C. Grant appeals from the judgment of the motion court denying his Rule 24.035[1] motion for postconviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the findings and conclusions of the motion court are not clearly erroneous. *Brooks v. State,* 242 S.W.3d 705, 708 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons

---

1. All rule references are to Mo. R.Crim. P.2006, unless otherwise indicated.

for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).